UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-12-598 |
| | § | |
| HERRATIO HEDSTETCH et al. | § | |

## UNOPPOSED MOTION TO DISMISS INDICTMENT

The United States of America, by and through its United States Attorney, Kenneth Magidson, and John D. Jocher, Assistant United States Attorney for the Southern District of Texas, respectfully moves the Court to Dismiss Criminal Indictment No. H-12-598 on file in this matter. The Government has filed a superseding indictment in related case H-12-336 and all defendants have been joined under that cause number.

Respectfully submitted this 18th day of December 2012.

                                 Kenneth Magidson
                                 United States Attorney
                                 Southern District of Texas

By:    /s/ John D. Jocher
         John D. Jocher
         Assistant United States Attorney
         (713) 567-9450

## CERTIFICATE OF SERVICE

I, John D. Jocher, certify that a true and correct copy of this motion was served via email on defendant's counsel as listed below on this the 18th day of December 2012.

/s/ John D. Jocher
John D. Jocher
Assistant United States Attorney
Southern District of Texas

**Counsel for Defendant Herratio Hans Hedspetch:**

Ali Fazell
Attorney at Law
1004 Congress Street
Houston, TX 77002

**Counsel for Defendant Samira Malik Bonds:**

Norm Siliverman
Attorney at Law
917 Franklin Street
Houston, TX 77002

**Counsel for Defendant Kenneth Ray O'Bryant:**

Mark Diaz
Attorney at Law
3935 N. Main
Houston, TX 77009

**Counsel for Defendant Michael Andrew Williams:**

David Adler
David Adler PC
6750 W Loop South, Suite 120
Bellaire, TX 77401

**Counsel for Defendant Scotty D. Porter:**

Gerardo Montalvo
Attorney at Law
Park Central Plaza
1111 North Loop West, Ste, 820
Houston, TX 77008

**Counsel for Defendant Gregory McFadden:**

Morris Overstreet
Attorney at Law
PO Box 88329
Houston, TX 77004

**Counsel for Defendant Lloyd Glen O'Bryant:**

Mervyn Mosbacker, Jr
Attorney at Law
2777 Allen Parkway, Suite 1000
Houston, TX 77019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | CRIMINAL NO. H-12-598 |
| **HERRATIO HEDSPETCH** | § § | |

### ORDER

Pursuant to the unopposed motion of the United States, the Indictment on file in this matter is hereby _____.

Dated this _____ day of December 2012

_____
Kenneth M. Hoyt
UNITED STATES DISTRICT JUDGE
Southern District of Texas